In the Matter of the Application of JOHN A. FARRELL, Respondent, for an Order under Article 78 of the Civil Practice Act, against HARRY M. SCOBLE, as Chairman, and MARY E. SUNDERMEYER and ARTHUR FALK, as Members, and

GEORGE BOARDINGHAM, as Secretary of the Municipal Civil Service Commission of the City of New Rochelle, Appellants.— In a proceeding to review a determination of the municipal civil service commission of the city of New Rochelle rejecting the application of respondent for the position of fireman on the ground of failure to pass a medical examination, order granting respondent's motion to strike out paragraphs " Tenth " and " Eleventh " of appellants' answer unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.